### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **15-37614** |
| | ) | |
| **EDWARDO NEGRON,** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge CASSLING** |

### NOTICE OF MOTION

*To the following persons or entities who were served via email by the Bankruptcy Court:*
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tcvch13.net

*To the following persons or entities who were served via regular U.S. Mail:*

See attached service list

PLEASE TAKE NOTICE that on August 29, 2019, at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling at 219 S. Dearborn, Chicago, IL 60604 (or any other place posted, or before any other Judge who may be sitting in his/her place and stead), and present the attached **Motion for Leave to Refinance Debt and Shorten Notice**, at which time and place you may appear.

/s/ Christine H. Clar

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on August 13, 2019.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who were served via regular U.S. Mail:*

Mr. Edwardo Negron
2443 S. 58th Ct.
Cicero, IL 60804

Portfolio Recovery Associates
(CitiBank/Homedepot)
P.O. Box 41067
Norfolk, VA 23541

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Nationwide Loan
3435 N. Cicero Ave.
Chicago, IL 60641

Credit Union Loan Source
1669 Phoenix Parkway, Ste. 110
College Park, GA 30349

Wells Fargo Bank
Attn: Bankruptcy Dept.
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Capital One Bank
American InfoSource
P.O. Box 71083
Charlotte, NC 28272-1083

Midland Credit Management
P.O. Box 2011
Warren, MI 48090

Merrick Bank
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328

Synchrony Bank
Recovery Management Systems
25 SE 2nd Ave., Ste. 1120
Miami, FL  33131-1605

Carrington Mortgage Services
1600 S. Douglass Rd.
#110 and #200A
Anaheim, CA  92806

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-37614 |
| | ) | |
| EDWARDO NEGRON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge CASSLING |

## MOTION FOR LEAVE TO REFINANCE DEBT AND SHORTEN NOTICE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On November 4, 2015 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Tom Vaughn was appointed Trustee in this case, and the plan was confirmed on December 31, 2015.

3. The Debtor owns real estate located at 2443 S. 58th Ct., Cicero, IL 60804.

4. The Debtor wants to refinance the debt on said property in order to complete this Chapter 13 bankruptcy approximately one and a half years early.

5. The Debtor has sought the services of Carrington Mortgage Services, LLC (Loan Estimate attached as Exhibit A). The proposed loan is for a fixed interest rate of 4.625% with a monthly payment for principle and interest of $837.02. In addition, debtor will receive approximately 57,786.00 in cash to pay off the bankruptcy.

6. The approximate 100% pay off balance of the bankruptcy is $23,539.46 as of August 6, 2019. (See attached Exhibit B). Debtor will use the additional proceeds to pay off bills and home repairs.

7. The refinance of said property will not prejudice any creditors and will facilitate the completion of debtor's plan.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order granting Debtors Leave to Refinance Debt and Shorten Notice, and for other such relief as the Court deems fair and proper.

                                          Respectfully Submitted,

                                          /s/ Christine H. Clar

                                          Christine H. Clar, A.R.D.C. #6202332
                                          Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

# Carrington Mortgage Services, LLC

1600 South Douglass Road, Suites 110 & 200-A · Anaheim, CA 92806   *Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | | |
|---|---|---|
| DATE ISSUED | 8/5/2019 | |
| APPLICANTS | Edwardo Negron | |
| | 2443 S 58th Ct | |
| | Cicero, IL 60804 | |
| PROPERTY | 2443 S 58th Ct | |
| | Cicero, IL 60804 | |
| EST. PROP. VALUE | $220,000 | |

| | |
|---|---|
| LOAN TERM | 30 years |
| PURPOSE | Refinance |
| PRODUCT | Fixed Rate |
| LOAN TYPE | ☐ Conventional ☒ FHA ☐ VA ☐ _____ |
| LOAN ID # | 1908650837 |
| RATE LOCK | ☐ NO ☒ YES, until 9/16/2019 at 5:00 PM EDT |
| | Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on 8/19/2019 at 5:00 PM EDT |

## Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $162,800 | NO |
| Interest Rate | 4.625 % | NO |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $837.02 | NO |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-11 | Years 12-30 |
|---|---|---|
| Principal & Interest | $837.02 | $837.02 |
| Mortgage Insurance | + 106 | + - |
| Estimated Escrow<br>*Amount can increase over time* | + 257 | + 257 |
| Estimated Total Monthly Payment | $1,200 | $1,094 |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time* | $257<br>Monthly | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other:<br>*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | In escrow?<br>YES<br>YES |
|---|---|---|---|

## Costs at Closing

| | | |
|---|---|---|
| Estimated Closing Costs | $6,346 | Includes $5,356 in Loan Costs + $990 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| Estimated Cash to Close | -$57,786 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit www.consumerfinance.gov/mortgage-estimate for general information and tools.

## Closing Cost Details

### Loan Costs

| | |
|---|---:|
| **A. Origination Charges** | **$265** |
| 0.163 % of Loan Amount (Points) | $265 |

| | |
|---|---:|
| **B. Services You Cannot Shop For** | **$3,785** |
| Appraisal Fee | $700 |
| Credit Report | $100 |
| Mortgage Insurance Premium | $2,800 |
| Tax Service | $85 |
| Verification of Employment | $100 |

| | |
|---|---:|
| **C. Services You Can Shop For** | **$1,306** |
| Title - Admin Processing Fee | $3 |
| Title - Closing Protection Letter Lender | $50 |
| Title - Lender's Title Insurance | $700 |
| Title - Settlement Fee | $550 |
| Title - State Policy Fee Lenders | $3 |

| | |
|---|---:|
| **D. TOTAL LOAN COSTS (A + B + C)** | **$5,356** |

### Other Costs

| | |
|---|---:|
| **E. Taxes and Other Government Fees** | **$198** |
| Recording Fees and Other Taxes | $198 |
| Transfer Taxes | |

| | |
|---|---:|
| **F. Prepaids** | **$21** |
| Homeowner's Insurance Premium (    months) | |
| Mortgage Insurance Premium (    months) | |
| Prepaid Interest ($20.63 per day for 1 days @4.625 %) | $21 |
| Property Taxes (    months) | |

| | | |
|---|---|---:|
| **G. Initial Escrow Payment at Closing** | | **$771** |
| Homeowner's Insurance | $98.92 per month for 3  mo. | $297 |
| Mortgage Insurance | per month for    mo. | |
| Property Taxes | $157.89 per month for 3  mo. | $474 |

| | |
|---|---:|
| **H. Other** | **$0** |

| | |
|---|---:|
| **I. TOTAL OTHER COSTS (E + F + G + H)** | **$990** |

| | |
|---|---:|
| **J. TOTAL CLOSING COSTS** | **$6,346** |
| D + I | $6,346 |
| Lender Credits | |

### Calculating Cash to Close

| | |
|---|---:|
| Total Closing Costs (J) | $6,346 |
| Closing Costs Financed (Paid from your Loan Amount) | -$2,800 |
| Down Payment/Funds from Borrower | $0 |
| Deposit | $0 |
| Funds for Borrower | -$61,332 |
| Seller Credits | $0 |
| Adjustments and Other Credits | $0 |
| **Estimated Cash to Close** | **-$57,786** |

## Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | Carrington Mortgage Services, LLC | **MORTGAGE BROKER** | Smart Mortgage Centers Inc |
| **NMLS/ IL LICENSE ID** | 2600 / 17021606 | **NMLS/ IL LICENSE ID** | 222269 / MB.0004870 |
| **LOAN OFFICER** | | **LOAN OFFICER** | Brian Noe |
| **NMLS/ ___ LICENSE ID** | | **NMLS/ IL LICENSE ID** | 228140 / 031.0004174 |
| **EMAIL** | | **EMAIL** | briannoe@smartmtgs.net |
| **PHONE** | | **PHONE** | 630-904-1800 |

### Comparisons
Use these measures to compare this loan with other loans.

| | | |
|---|---|---|
| **In 5 Years** | $61,736 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $14,116 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 5.381 % | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 85.103 % | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

### Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than *15* days late, we will charge a late fee of *4% of the principal and interest overdue.* |
| **Liability after Foreclosure** | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☒ to service your loan. If so, you will make your payments to us.<br>☐ to transfer servicing of your loan. |

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

*DocuSigned by:*
*Deborah Logan*
**Applicant Signature**    8/5/2019 | 15:44:09 PDT
                            Date



## Additional Details for Services You Can Shop For

To get you started with shopping, this list identifies some providers for the services you can shop for (see Section C on page 2 of your Loan Estimate).

| Service Provider List | You can select these providers or shop for your own providers. | | |
|---|---|---|---|
| Service | Estimate | Provider We Identified | Contact Information |
| Admin Processing Fee<br>Settlement Fee<br>State Policy Fee Lenders | $3<br>$550<br>$3 | Meridian National Title | 25400 US Hwy 19 N Suite 136<br>Clearwater, FL 33763<br>727-466-1106 |
| Closing Protection Letter Lender<br>Lender's Title Insurance | $50<br>$700 | Meridian National Title | 25400 US Hwy 19 N Suite 136<br>Clearwater, FL 33763<br>727-466-1106 |

## Additional Details for Services You Cannot Shop For

| Service Provider List | You can only select from these providers for these services. | | |
|---|---|---|---|
| Service | Estimate | Provider We Identified | Contact Information |
| Appraisal Management Company | $700 | Xome Valuations Services LLC | 444 E Washington St.,<br>Indianapolis, IN 46204<br>317-614-6328 |

APPLICANTS: Edwardo Negron

DATE ISSUED: 08/05/2019

LOAN ID # 1908650837

Ellie Mae, Inc.



GTRIDLESSPJ_S  0416
GTRIDLESSPJS (INI)
08/05/2019 03:14 PM PST

# EXHIBIT B



**TOM VAUGHN, ESQ**
**CHAPTER 13 TRUSTEE**
55 E. Monroe Street #3850
Chicago, Illinois 60603
Telephone (312) 294-5900
FAX (312) 341-7168

August 6th, 2019

Edwardo Negron
2443 S. 58th Ct.
Cicero, IL  60804

CASE #: 15 37614

To Whom It May Concern:

If you are selling or refinancing real estate, this letter does not constitute permission of the Trustee. You need to obtain a court order to allow the sale or refinance of property.

**Pursuant to your recent request, the balance needed to pay-off this Chapter 13 at 100% is $23,539.46.**

This payoff figure is pursuant to the terms of the confirmed Plan and is **not final** until a closing audit is performed.

Cashiers Check or Money Orders should be mailed to:

> TOM VAUGHN, ESQ.
> CHAPTER 13 TRUSTEE
> PO Box 588
> Memphis, TN 38101-0588

Title Company should forward a check in the amount above with a copy of the SETTLEMENT STATEMENT, which is essential for us to properly credit and close this Chapter 13 case.

PLEASE FORWARD CHECKS TO THE ABOVE PO BOX. ANY CHECKS MAILED TO THE STREET ADDRESS WILL BE RETURNED AND WILL DELAY THE POSTING OF THE FUNDS.

**If you have any questions, please contact your attorney's office.**

Sincerely,

*[signature]*
Susan M. Malek

Cc: David M. Siegel – Debtor Attorney